No. _____

FILED
Aug 29, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

1:24-CR-00209-KES-BAM

## THE UNITED STATES OF AMERICA
vs.

## JAMAR JONES, STEPHANIE FERREIRA, and JERMEN RUDD III

### I N D I C T M E N T

VIOLATION(S): 21 U.S.C. § 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute AB-CHMINACA and MDMB-4en-PINACA, commonly referred to as "Spice"; 18 U.S.C § 1791(a)(2), (b)(2) – Inmate Obtaining or Attempting to Obtain a Controlled Substance; 18 U.S.C § 1791(a)(1), (b)(2) – Providing or Attempting to Provide an Inmate with Controlled Substance; 21 U.S.C. § 853(a) – Criminal Forfeiture

A true bill,

/s/
—————————————
Foreman.

Filed in open court this _____ day

of _____, A.D. 20 \_\_\_\_\_

—————————————
Clerk.

Bail, $ \_\_ AS PREVIOUSLY SET \_\_   And to be placed on calendar for arraignment
                                   upon transport arrival   8/29/24

*B. McAuliffe*

GPO 863 525

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☐ YES ☑ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ■ INDICTMENT
   ☐ SUPERSEDING: CASE No.

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: Merced County

U.S.C. Citation: Please see charging document

Name of District Court, and/or Judge/Magistrate Judge Location (City):
EASTERN DISTRICT OF CALIFORNIA, FRESNO

**DEFENDANT – – U.S. vs.**
JAMAR JONES

Address:

Birth Date: (Optional unless a juvenile)

■ Male  ☐ Female  ☐ Alien (if applicable)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
SA Ben White, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

■ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO. 24-mj-95

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ

■ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ■ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. __ Day __ Year __

**DATE OF ARREST** ▶

Or . . . if Arresting Agency & Warrant were not Federal
Mo. __ Day __ Year __

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT IS IN PROCESS OF BEING TRANSFERRED TO EDCA

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict)  ☐ YES ☑ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING: CASE No.

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Merced County

U.S.C. Citation: Please see charging document

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT -- U.S. vs.**
STEPHANIE FERREIRA

Address:

Birth Date: (Optional unless a juvenile)

☑ Male  ☐ Female  ☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
SA Ben White, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO. 24-mj-95

Name and Office of Person Furnishing Information on THIS FORM
MELINA ORTIZ

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo. Day Year

**DATE OF ARREST**
Or ... if Arresting Agency & Warrant were not Federal
Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT IS IN PROCESS OF BEING TRANSFERRED TO EDCA

AO 257 (CAED rev. 4/2024)

Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☐ YES ☑ NO

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING: CASE No.

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

Place of offense: Merced County

U.S.C. Citation: Please see charging document

Name of District Court, and/or Judge/Magistrate Judge Location (City):
**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

**DEFENDANT – – U.S. vs.**
JERMEN RUDD III

Address:

Birth Date: (Optional unless a juvenile)

☑ Male  ☐ Alien
☐ Female  (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any):
SA Ben White, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.   Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAGISTRATE JUDGE CASE NO. 24-mj-95

Name and Office of Person Furnishing Information on THIS FORM: MELINA ORTIZ

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): ROBERT VENEMAN-HUGHES
☑ FORFEITURE ALLEGATION

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo.  Day  Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year
**DATE TRANSFERRED TO U.S. CUSTODY** ▷

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

DEFENDANT IS IN PROCESS OF BEING TRANSFERRED TO EDCA

## United States v. JAMAR JONES, et al.
### Penalties for Indictment

### JAMAR JONES

### COUNT 1:

| | |
|---|---|
| VIOLATION: | 21 USC § 841(a)(1), 846<br>Conspiracy to Distribute and Distribution of a Controlled Substance, to wit AB-CHMINACA and MDMB-4en-PINACA, commonly known as "Spice" with prior serious felony drug conviction |
| PENALTIES: | Maximum of 30 years in prison,<br>Fine of up to $250,000; or both fine and imprisonment<br>6 years to life on supervised release |

SPECIAL ASSESSMENT: $100 (mandatory)

### COUNT 2:

| | |
|---|---|
| VIOLATION: | 18 USC § 1791(a)(2), (b)(2)<br>Inmate Obtaining or Attempting to Obtain Controlled Substance |
| PENALTIES: | Maximum of 10 years in prison,<br>Fine of up to $250,000; or both fine and imprisonment<br>3 years supervised release |

SPECIAL ASSESSMENT: $100 (mandatory)

## **STEPHANIE FERREIRA**

### **COUNT 1:**

| | |
|---|---|
| VIOLATION: | 21 USC § 841(a)(1), 846<br>Conspiracy to Distribute and Distribution of a Controlled Substance, to wit AB-CHMINACA and MDMB-4en-PINACA, commonly known as "Spice" |
| PENALTIES: | Maximum of 20 years in prison,<br>Fine of up to $250,000; or both fine and imprisonment<br>3 years to life on supervised release |

SPECIAL ASSESSMENT: $100 (mandatory)

### **COUNT 3:**

| | |
|---|---|
| VIOLATION: | 18 USC § 1791(a)(2), (b)(2)<br>Providing or Attempting to Provide Inmate with Controlled Substance |
| PENALTIES: | Maximum of 10 years in prison,<br>Fine of up to $250,000; or both fine and imprisonment<br>3 years supervised release |

SPECIAL ASSESSMENT: $100 (mandatory)

## **JERMAN RUDD III**

### **COUNT 1:**

VIOLATION:     21 USC § 841(a)(1), 846
               Conspiracy to Distribute and Distribution of a Controlled Substance,
               to wit AB-CHMINACA and MDMB-4en-PINACA, commonly known as "Spice"
               with prior serious felony drug conviction

PENALTIES:     Maximum of 30 years in prison,
               Fine of up to $250,000; or both fine and imprisonment
               6 years to life on supervised release

SPECIAL ASSESSMENT: $100 (mandatory)

### **COUNT 3:**

VIOLATION:     18 USC § 1791(a)(2), (b)(2)
               Providing or Attempting to Provide Inmate with Controlled Substance

PENALTIES:     Maximum of 20 years in prison,
               Fine of up to $250,000; or both fine and imprisonment
               3 years supervised release

SPECIAL ASSESSMENT: $100 (mandatory)