MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00209-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| JAMAR JONES et al, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney, as well as Eric Kersten, attorney for defendant JAMAR JONES, and Anthony Capozzi, attorney for defendant STEPHANIE FERREIRA, and Steven Crawford, attorney for defendant JERMEN RUDD that the status conference set for March 26, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to May 14, 2025 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties need additional time to further investigate/explore matters related to resolving the case or setting a trial date.

2. Particularly, the government just provided some additional discovery to defendants pursuant to defense discovery requests. The defendants have requested plea offers from the government, which the government anticipates will be extended by April 15, 2025. Because of the nature and

Stipulation                                                1

circumstances of this case, more time is required to extend plea offers than in other, similar cases.

       3.      By this stipulation, the parties now move to continue the status conference, and to exclude time from <u>March 26, 2025</u> to <u>May 15, 2025</u>.

       4.      The parties agree and stipulate, and request that the Court find the following:

       a)      The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

       b)      The government does not object to the continuance.

       c)      An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

       d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>March 26, 2025</u> to <u>May 14, 2025</u>, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Stipulation                                                             2

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: March 17, 2025

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

By   /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: March 17, 2025

/s/ Eric Kersten
ERIC KERSTEN
Attorney for Defendant Jamar JONES

Dated: March 17, 2025

/s/ Anthony Capozi
ANTHONY CAPOZZI
Attorney for Defendant Stephanie FERREIRA

Dated: March 17, 2025

/s/ Steven Crawford
STEVEN CRAWFORD
Attorney for Defendant Jermen RUDD

## **ORDER**

IT IS SO ORDERED that the status conference is continued from March 26, 2025, to **May 14, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **March 19, 2025**              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

Stipulation                                  3